[No. 11326-4-III.   Division Three.   March 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL LUNA SANCHEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-8-00992-1, Michael Schwab, J. Pro Tem., entered December 11, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.

[No. 11259-4-III.   Division Three.   March 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LYNN MERRIMAN, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00359-1, Richard J. Schroeder, J., entered October 29, 1990. *Reversed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 11492-9-III.   Division Three.   March 26, 1992.]

JOHN H. EISEL, ET AL, *Appellants*, v. PHILIP A. SAX, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-2-04119-5, Thomas E. Merryman, J., entered March 5, 1991. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.